■ ALBERT PEARLMAN, INC. v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.—Motion granted insofar as to permit the appellant to dispense with printing of the exhibits, as set forth in the moving affidavit, on condition that the appellant serves one copy of such exhibits on the Corporation Counsel and files six copies thereof with the Clerk of this court, on or before the Wednesday preceding the first day of the term during which the appeal is to be argued or submitted. Concur—Botein, P. J.; Breitel, M. M. Frank, Valente and Stevens, JJ.

■ DOROTHY LEE v. CURRY AUTO RENTAL, INC., et al.—Motion for stay denied and the stay contained in the order to show cause, dated November 19, 1959, is vacated. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ GEORGE MUCCIO v. KINGAN & CO., INCORPORATED, et al.—Motion by White Mark Delicatessen Inc. to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ GEORGE MUCCIO v. KINGAN & CO., INCORPORATED, et al.—Motion by Kingan & Co. Incorporated; and Kingan, Inc., to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ EDWARD TOLEDANO v. ROGER WHITE et al.—Motion for extension of time dismissed as academic, the appellants having duly perfected their appeal for the January 1960 Term of this court. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of E. HARING CHANDOR. PETER H. CHANDOR; SIMPSON D. CHANDOR.—Motion to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., Breitel; M. M. Frank, Valente and Stevens, JJ.

■ LIZA D. CHANDOR v. E. HARING CHANDOR.—Motion to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al.—Motion for leave to reargue prior motions denied. Concur—Breitel, J. P., M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ANITA E. WILSON against ARMAND D'ANGELO et al.—Motion granted insofar as to permit the review to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, on condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points upon the Corporation Counsel, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record with this court, on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said proceeding to be argued or submitted when reached. Concur—Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (December 15, 1959)

■ GUSTAVE B. GARFIELD, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al., Respondents.—Order dismissing the second amended complaint unanimously modified, on the law and in the exercise of discretion, to grant leave to serve a further amended complaint, and the judgment entered thereon vacated, without costs to any party. The appeals from other orders, which have not been heretofore dismissed, are now dismissed as moot in view of this determination. On this record, it may not be found as a matter of law that the action is barred by the Statute of Limitations (Civ. Prac. Act, § 49, subd. 4). The Superintendent's 1950